FILED
2023 Mar-29  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **GAVIN HOWARD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:21-cv-1088-ACA-GMB |
| **PICKENS COUNTY,** *et al.*, | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

On March 7, 2023, the magistrate judge entered a report recommending that the court dismiss this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 69). The magistrate judge notified Plaintiff Gavin Howard of his right to file written objections within fourteen days. (*Id.* at 9–10). The deadline for objections has passed without receipt of any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

The court **WILL DISMISS** this action **WITHOUT PREJUDICE**. The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this March 29, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE